UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14044-CR-MARRA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TAKARIA VASHON MCCRAY,

      Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Magistrate Judge Lynch's Report and Recommendation on Government's Ore Tenus Motion to Dismiss Petition Alleging Violations of Supervised Release **[DE 74]**. The Court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

      **ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation [DE 74] is hereby **ADOPTED AND AFFIRMED.** The Petition alleging violations of supervised release is hereby DISMISSED.

      **DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 16th day of January, 2015.

_____
KENNETH A.  MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel